UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

LUIS ORTIZ,

Defendant.

06cr20 (DLC)

ORDER

DENISE COTE, District Judge:

For the reasons stated on the record during an initial violation of supervised release conference held on August 19, 2026, it is hereby

ORDERED that a status letter is due October 2, 2026.

IT IS FURTHER ORDERED that in addition to the current conditions of supervised release, defendant Luis Ortiz is placed on home detention. He is to be monitored by specific technology as determined by the U.S. Probation Office during the violation of supervised release proceedings. He will be restricted to his residence at all times except for employment, education, religious services, mental health treatment, substance use treatment, attorney visits, court appearances, court-ordered obligations, probation office appointments, personal care appointments, errands pertaining to his mother's medical care and/or financial services, in each instance with prior notice and approval by the U.S. Probation Officer. He must pay all or

part of the costs of participation in the location monitoring program as directed by the court and the probation officer.

Dated: New York, New York
August 24, 2026

DENISE COTE
United States District Judge